UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Brian Wilson

Case No.: 17-23085
Chapter: 7
Judge: CMG

**NOTICE OF PROPOSED ABANDONMENT**

On 8/11/17, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on September 12, 2017 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 38 Sine Rd., Edison, NJ 08817 - $195,000

Liens on property: $367,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost
Address: 3131 Princeton Pike Building 5, Suite 110, Trenton, NJ 08648
Telephone No.: 609-890-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-23085-CMG
Brian Wilson                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 14, 2017
                              Form ID: pdf905          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2017.
db          +Brian Wilson,    38 Sine Rd,    Edison, NJ 08817-4864
516905511   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
516905517   +Middlesex County Court Special Civil,    PO Box 1146,    New Brunswick, NJ 08903-1146
516905518   +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516905519   +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,    Ste. 900,    Mount Laurel, NJ 08054-4318
516905521   +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516905522   +U.S. Roff II Legal Title Trust 2015-1,    By US Bank,    800 Nicollet Mall,
             Minneapolis, MN 55402-2511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2017 21:46:14     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2017 21:46:13     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516905514    E-mail/Text: cio.bncmail@irs.gov Aug 14 2017 21:46:10     Internal Revenue Service,
             1111 Constitutional Avenue, N.W.,    Washington, DC 20224
516905516   +E-mail/Text: masmith@jfkhealth.org Aug 14 2017 21:46:20     JFK Medical Center,
             80 James Street, 4th Floor,    Edison, NJ 08820-3938
516905520   +E-mail/Text: bankruptcy@savit.com Aug 14 2017 21:46:22     Sa-vit Collection Agen,
             46 W Ferris St,    East Brunswick, NJ 08816-2159
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516905515*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court:   Internal Revenue Services,    P.O. Box 9052,
             Andover, MA 01810-9052)
516905513*  +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516905512   ##+Capital One,    Po Box 5253,    Carol Stream, IL 60197-5253
                                                                                      TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2017 at the address(es) listed below:
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    USROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              Yakov Rudikh    on behalf of Debtor Brian  Wilson yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;r61945@notify.bestcase.com
                                                                                             TOTAL: 4